## CARAWAY v. CARROLL et al.
### No. 10231.

Court of Civil Appeals of Texas. San Antonio.

Jan. 12, 1938.

Dilworth & Marshall and Cecil D. Redford, all of San Antonio, for appellant.

R. L. House, of San Antonio, for appellees.

SLATTON, Justice.

By a joint motion it is requested by the parties that this judgment be affirmed. Accordingly, it is so ordered.